# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

K. Helen Yu
Plaintiff

v.

3:26-cv-03921-K
Civil Action No.

Worldwide Flight Services, Inc.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff K. Helen Yu

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

Plaintiff believes that Worldwide Flight Services, Inc. is wholly-owned by SATS, Ltd., which is a publicly traded corporation in Singapore.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

K. Helen Yu, Plaintiff,
Donald E. Uloth, attorney for Plaintiff,
Worldwide Flight Services, Inc., Defendant,
SATS, Ltd., parent corporation that owns Worldwide Flight Services, Inc.

| | |
|---|---|
| Date: | November 8, 2026 |
| Signature: | /s/ Donald E. Uloth |
| Print Name: | Donald E. Uloth |
| Bar Number: | 20374200 |
| Address: | 18208 Preston Rd., St. D-9 # 261 |
| City, State, Zip: | Dallas, TX 75225 |
| Telephone: | (214) 989-4396 |
| Fax: | (972) 777-6951 |
| E-Mail: | don.uloth@uloth.pro |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.